**Leslie SHOEMATE, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. ED 104873**

Missouri Court of Appeals, Eastern District, **DIVISION TWO**.

Filed: June 13, 2017

FOR APPELLANT: Danieal H. Miller, 720 West Sexton Rd., Columbia, Mo 65203.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Rachel Jones, Special Asst. Atty. Gen., P.O. Box 475, Jefferson City, MO 65105.

Before Sherri B. Sullivan, P.J., Robert M. Clayton III, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

Leslie Shoemate appeals the judgment denying his request for reinstatement of his driver's license. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).